UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

07 CIV 9455

| THE KERIK GROUP, LLC, | CIVIL ACTION NO.: |
| Plaintiff, | |
| vs. | Rule 7.1 Statement |
| ARMOR HOLDINGS, INC. BAE SYSTEMS, INC. and BAE SYSTEMS, PLC, | |
| Defendants. | |



     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE KERIK GROUP, LLC, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: October 23, 2007

_____
Signature of Attorney

Attorney Bar Code: TC-3085