

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE KERIK GROUP, LLC,

        Plaintiff,

        -against-

ARMOR HOLDINGS, INC. BAE SYSTEMS, INC.
and BAE SYSTEMS, PLC,

        Defendants.
---------------------------------------------------------X

Case No. 07 CIV 9455
(Judge Rakoff)

AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA    )
    S.S.:

    Frederick Parsons, Jr., being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 25 day of October, 2007, at approximately the time of 4:05 pm, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL RULES OF PRACTICE OF HON. JED S. RAKOFF; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS upon ARMOR HOLDINGS, BAE SYSTEMS, INC., BAE, PLC at 1601 Research Boulevard, Rockville, MD, by personally delivering and leaving the same with Whit Cobb who informed deponent that he holds the position of Assistant Secretary with that company and is authorized by appointment to receive service at that address.

    Whit Cobb is a white male, approximately 56 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 165 pounds with gray hair.

_[signature]_
PROCESS SERVER

Sworn to before me this
1st day of November, 2007

_Angela H. Croson_
NOTARY PUBLIC

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
THE KERIK GROUP, LLC.,                JUDGE RAKOFF
    Plaintiff(s),                Index No. 07 CIV 9455

  -against-                          AFFIDAVIT OF SERVICE
ARMOR HOLDINGS, INC. BAE SYSTEMS,
INC. and BAE SYSTEMS, PLC,
    Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK   )
                  S.S.:
COUNTY OF NEW YORK)

    ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 24TH day of October 2007, at approximately 4:50 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon S. Reid Khan, Esq., Kane Kessler, P.C. at 1350 Avenue of the Americas, 26th Floor, New York, NY 10019, by personally delivering and leaving the same with Eula Mays, Receptionist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Eula Mays is a black female, approximately 47 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 160 pounds with black hair and brown eyes wearing glasses.

_____
ROBERT MILLS #1004298

Sworn to before me this
26th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__