UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE KERIK GROUP, LLC,

          Plaintiff,

    v.

ARMOR HOLDINGS, INC., BAE SYSTEMS, INC. and BAE SYSTEMS, PLC,

          Defendants.

07 Civ. 9455

**Notice of Appearance**

---

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this action for Defendant BAE Systems, Inc., both on its own behalf and as successor-in-interest to Armor Holdings, Inc. For the avoidance of doubt, we note that Defendant BAE Systems plc has not been served by Plaintiff in this action and BAE Systems plc has not waived service or consented to personal jurisdiction in this action.

The undersigned hereby certifies that that he is admitted to practice in this court.

Dated: New York, New York
       November 12, 2007

                    Respectfully submitted,

                    WILMER CUTLER PICKERING HALE
                      AND DORR LLP

                    s/ Roger M. Witten
                    Roger M. Witten (RW-6047)
                    399 Park Avenue
                    New York, NY 10022
                    (212) 230-8800
                    (212) 230-8888 (fax)