RAKOFF J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE KERIK GROUP, LLC,

        Plaintiff,

    v.

ARMOR HOLDINGS, INC., BAE SYSTEMS, INC. and BAE SYSTEMS, PLC,

        Defendants.

---

07 Civ. 9455 (JSR)

**Stipulation Extending Time to Answer or Move Against Complaint**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of the Defendants to answer or move with respect to the Complaint in this action is extended to and including December 12, 2007. No other extensions to answer or otherwise respond to the Complaint have been previously sought or granted.

This stipulation is without prejudice to BAE Systems plc's ability to assert that it has not been validly served in this action and/or that it is not subject to personal jurisdiction in this Court.

Dated: New York, New York
       November 12, 2007

Respectfully submitted,

KAPLAN, VON OHLEN & MASSAMILLO, LLC

By: _____
Thomas G. Carulli (TC-3085)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

USIDOCS 6440325v2

555 5th Avenue
New York, NY 10017
(212) 922-0450
(212) 922-0530 (fax)
Attorneys for Plaintiff

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: /s/ R. M. Witten
Roger M. Witten (RW-6047)
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (fax)
Attorneys for Defendants

SO ORDERED:

/s/
United States District Judge
11-14-07

2