UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE KERIK GROUP, LLC,

          Plaintiff,

    v.

ARMOR HOLDINGS, INC., BAE SYSTEMS,
INC. and BAE SYSTEMS, PLC,

          Defendants.

07 Civ. 9455 (JSR)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS,** the parties have resolved the dispute between them and desire to discontinue the above-captioned action without any admission of liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for the parties who have appeared in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action and all claims asserted in it are hereby dismissed with prejudice, with each party to bear its own costs.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-07

1

Dated: New York, New York
December 17, 2007

Respectfully submitted,

KAPLAN, VON OHLEN & MASSAMILLO, LLC

By:

Thomas G. Carulli (TC-3085)
555 5th Avenue
New York, NY 10017
(212) 922-0450
(212) 922-0530 (fax)
Attorneys for Plaintiff The Kerik Group, LLC

WILMER CUTLER PICKERING HALE
AND DORR LLP

By:

Jay Holtmeyer (JH-7158)
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (fax)
Attorneys for Defendant BAE Systems, Inc.

SO ORDERED

USDJ
12-17-07

2